UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Paul W. Taylor, Co., Inc.,
    Plaintiff

v.                                          Case No. 11-cv-354-SM

DCI, Inc., and
Henry Kober,
    Defendants

### O R D E R

Plaintiff's Petition for Trustee Process Without Notice (document no. 2) is granted. The plaintiff/petitioner is granted permission to make the following attachment:

> All bank accounts under the name of DCI, Inc., or under Federal EIN Number 02-0353614, located at Woodsville Guaranty Savings Bank, 10 Pleasant Street, Woodsville, NH, 03785 in the amount of $350,000.

Plaintiff shall complete service on the defendants/respondents within 14 days.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

July 25, 2011

cc: Karen E. Hewes, Esq.

**NOTICE TO DEFENDANT/RESPONDENTS**

The court has authorized the above attachment to secure any judgment or decree that the Plaintiff/ Petitioner may obtain. You have the right to object in writing, ask for a hearing and request that the attachment be removed. Any objection to this attachment shall be filed in writing within 14 days after service of this notice on you. If you fail to file such a request within the time specified in the order, you will be deemed to have waived your right to a hearing with reference to the attachment, but not with reference to the merits of the Plaintiff/Petitioner's claim.

July _2_, 2011                    _James R. Starr_
                                  Clerk of Court