UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Paul W. Taylor, Co., Inc.
     Plaintiff

     v.                             Case No. 11-cv-354-SM

DCI, Inc., and Henry Kober
     Defendants

### O R D E R

     Re:  (Document No. 13)   Motion for Partial Judgment on Pleadings

**Ruling**: Granted in part, given Defendant DCI, Inc.'s concessions. Judgment shall enter in favor of plaintiff with respect to: 1) The University of Delaware claim in the amount of $3,780.00; 2) The Mayport claim in the amount of $3,600.00; 3) The UNC - Carmichael Hall claim in the amount of $43,450.00; 4) The UNC- PHI MU Fraternity claim in the amount of $5,743.00; 5) The Anna Maria College claim in the amount of $4,878.00; 6) The Rivier College claim in the amount of $10,250.00; 7) The Curry College claim in the amount of $3,500.00; and 8) The Phillips Academy claim in the amount of $850.00.

*[signature]*
Steven J. McAuliffe
Chief Judge

Date:  October 3, 2011

cc:  Karen E. Hewes, Esq.
     Barry C. Schuster, Esq.